```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KEVIN A. JONES, on behalf of himself and others similarly situated

      Plaintiff,

-against-

HALSTEAD MANAGEMENT COMPANY, LLC, BROWN HARRIS STEVENS LLC GROUP, BROWN HARRIS STEVENS, LLC, and TERRA HOLDINGS, LLC,

      Defendants.
-------------------------------------------------------------X
HALSTEAD MANAGEMENT COMPANY, LLC, BROWN HARRIS STEVENS LLC GROUP, BROWN HARRIS STEVENS, LLC, and TERRA HOLDINGS, LLC,

      Third-Party Plaintiffs,

-against-

STERLING INFOSYSTEMS, INC., d/b/a STERLINGBACKCHECK,

      Third-Party Defendant.
-------------------------------------------------------------X

14-CV-3125 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

  WHEREAS on July 8, 2015, the parties reported that they have reached a settlement in principle of Plaintiff's claims against Defendants and Third-Party Plaintiffs Halstead Management *et al.*; and

  WHEREAS the parties indicated that the settlement was without prejudice to Third-Party Plaintiffs' claims against Third-Party Defendant Sterling Infosystems, Inc.;

  It is hereby ORDERED:

1. Plaintiff's motion to certify the class, Docket Entry 79, and Defendants' motion for summary judgment, Docket Entry 85, are DISMISSED as moot.

2. No later than August 21, 2015, Plaintiff shall file his motion for class certification for purposes of settlement and for preliminary approval of the parties' settlement agreement.

3. No later than August 24, 2015, Defendants and Third-Party Defendants shall file a joint letter indicating whether the parties require further discovery on Defendants' claims against Third-Party Defendants.

4. A status conference shall be held on August 28, 2015, at 10:00 a.m.

**SO ORDERED.**

Date: July 21, 2015  
New York, New York

**VALERIE CAPRONI**  
**United States District Judge**