

**MEMO ENDORSED**

August 17, 2015

Request GRANTED. Plaintiff shall file his Motion for Preliminary Approval of Class Action Settlement no later than September 4, 2015. Defendants' joint letter shall be filed no later than September 11, 2015. The conference scheduled for August 28, 2015, is ADJOURNED to September 25, 2015, at 10:00 a.m.

SO ORDERED.

August 17, 2015

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 443
New York, NY 10007

Re: *Jones v. Halstead Management Company, LLC, et al.*, Case No. 14-cv-3125
Request for an Extension of Time to File Motion for Preliminary Approval

Dear Judge Caproni:

This firm and the Legal Action Center represent Plaintiff Kevin A. Jones in the above-referenced action. By this letter, Plaintiff respectfully requests an extension of time to file a Motion for Preliminary Approval of the class action settlement in this matter, up to and including September 4, 2015. The current deadline for the Motion for Preliminary Approval is August 21, 2015

The extension is requested because the parties are still in the process of finalizing the details of the settlement agreement, drafting collateral documents including proposed notice to the settlement class and engaging the services of a settlement administrator. The extension is also requested in light of the unavailability of one of Plaintiff's counsel due to a family medical issue.

This is Plaintiff's first request for extension of time to file a Motion for Preliminary Approval. Counsel for Defendant consents to this extension.

Thank you for your consideration of this request.

Respectfully,

James A. Francis

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2015

cc: All counsel (via ECF)

100 South Broad Street | 19th floor | Philadelphia, PA 19110
P 215.735.8600 | F 215.940.8000
www.consumerlawfirm.com | www.creditreportproblems.com