UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN A. JONES, on behalf of himself and others similarly situated,<br><br>      Plaintiff,<br><br> -against-<br><br>HALSTEAD MANAGEMENT COMPANY, LLC, BROWN HARRIS STEVENS LLC GROUP, and BROWN HARRIS STEVENS, LLC, and TERRA HOLDINGS, LLC,<br><br>      Defendants<br><br>    and<br><br>HALSTEAD MANAGEMENT COMPANY, LLC, and BROWN HARRIS STEVENS RESIDENTIAL MANAGEMENT, LLC,<br><br>      Third-Party Plaintiffs,<br><br>     -against-<br><br>STERLING INFOSYSTEMS, INC. d/b/a STERLINGBACKCHECK<br><br>      Third-Party Defendant. | No. 14-cv-03125 (VEC)<br><br><br><br><br><br>**MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE TO CLASS** |

Pursuant to Fed. R. Civ. P. 23(c), and for the reasons set forth more fully in the accompanying Memorandum of Law, Plaintiff Kevin A. Jones moves the Court for an Order preliminarily approving the settlement of this class action, approving the form and method for providing class-wide notice and scheduling a hearing at which the following will be considered: request for final approval of the proposed settlement, entry of the Final Approval Order and Plaintiff's request for approval of agreed-upon fees and costs. Defendants do not contest the requested relief.

                                                        Respectfully submitted,

Dated:    September 4, 2015          LEGAL ACTION CENTER

                                                        Monica Welby (MW-7373)
                                                        Sally Friedman (SF-3344)
                                                        225 Varick Street, Suite 402
                                                        New York, NY   10014
                                                        Tel: (212) 243-1313
                                                        Fax: (212) 675-0286
                                                        mwelby@lac.org
                                                        sfriedman@lac.org

                                                        FRANCIS & MAILMAN

                                                        By: _/s/ James A. Francis_
                                                        James A. Francis (pro hac vice)
                                                        David A. Searles (pro hac vice)
                                                        100 S. Broad Street, 19th Floor
                                                        Philadelphia, PA 19110
                                                        Tel: (215) 735-8600
                                                        Fax: (215) 940-8000
                                                        jfrancis@consumerlawfirm.com
                                                        dsearles@consumerlawfirm.com

                                                        *Attorneys for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Dated:   September 4, 2015          By:      */s/ James A. Francis*
                                             James A. Francis (*pro hac vice*)