USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/20/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

KEVIN A. JONES, on behalf of himself and others similarly situated

Plaintiff,

-against-

HALSTEAD MANAGEMENT COMPANY, LLC, BROWN HARRIS STEVENS LLC GROUP, BROWN HARRIS STEVENS, LLC, and TERRA HOLDINGS, LLC,

Defendants.

---------------------------------------------------------------X

HALSTEAD MANAGEMENT COMPANY, LLC, BROWN HARRIS STEVENS LLC GROUP, BROWN HARRIS STEVENS, LLC, and TERRA HOLDINGS, LLC,

Third-Party Plaintiffs,

-against-

STERLING INFOSYSTEMS, INC., d/b/a STERLINGBACKCHECK,

Third-Party Defendant.

---------------------------------------------------------------X

14-CV-3125 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

On April 19, 2016, Magistrate Judge Cott reported to the Court that the parties to the third-party action, Halstead Management Company, LLC et al. and Sterling Infosystems, Inc., have agreed to settle their dispute.

Accordingly, it is hereby ORDERED that this third-party action will be dismissed without costs (including attorneys' fees) to either party on **May 20, 2016** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the

parties' settlement.  To be clear, any request that the third-party action not be dismissed **must** be filed **on or before May 20, 2016**; any request filed thereafter may be denied solely on that basis.

If the parties wish for the Court to retain jurisdiction over their settlement agreement, not later than **May 13, 2016,** they must submit the settlement agreement to the Court in accordance with Rule 5.A of the Court's Individual Practices, along with a request that the Court issue an order expressly retaining jurisdiction to enforce their settlement agreement.  *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

**SO ORDERED.**

Date:  April 20, 2016  
New York, NY

_____  
**VALERIE CAPRONI**  
**United States District Judge**