UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN A. JONES, on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>　-against-<br><br>HALSTEAD MANAGEMENT COMPANY, LLC, BROWN HARRIS STEVENS LLC GROUP, and BROWN HARRIS STEVENS, LLC, and TERRA HOLDINGS, LLC,<br><br>　　　　Defendants<br><br>　and<br><br>HALSTEAD MANAGEMENT COMPANY, LLC, and BROWN HARRIS STEVENS RESIDENTIAL MANAGEMENT, LLC,<br><br>　　　　Third-Party Plaintiffs,<br><br>　-against-<br><br>STERLING INFOSYSTEMS, INC. d/b/a STERLINGBACKCHECK<br><br>　　　　Third-Party Defendant. | No. 14-cv-03125 (VEC)<br><br>**MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

　　　　Pursuant to Fed. R. Civ. P. 23(c), and for the reasons set forth more fully in the accompanying Memorandum of Law, Plaintiff Kevin A. Jones moves the Court for an Order approving the settlement of this class action. Defendants do not contest the requested relief.

Dated:  April 21, 2016　　　　　　　　**LEGAL ACTION CENTER**

　　　　　　　　　　　　　　　　　　　Monica Welby (MW-7373)
　　　　　　　　　　　　　　　　　　　Sally Friedman (SF-3344)

        225 Varick Street, Suite 402
        New York, NY  10014
        Tel:  (212) 243-1313
        Fax:  (212) 675-0286
        mwelby@lac.org
        sfriedman@lac.org

**FRANCIS & MAILMAN, P.C.**

By:   */s/ James A. Francis*
        James A. Francis *(pro hac vice)*
        David A. Searles *(pro hac vice)*
        John Soumilas *(pro hac vice)*
        100 S. Broad Street, Suite 1902
        Philadelphia, PA 19110
        Tel:  (215) 735-8600
        Fax:  (215) 940-8000
        jfrancis@consumerlawfirm.com
        dsearles@consumerlawfirm.com

        *Attorneys for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Dated:   April 21, 2016                By:    */s/ James A. Francis*
                                              James A. Francis (*pro hac vice*)