UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN A. JONES, on behalf of himself and others similarly situated,<br><br>      Plaintiff,<br><br>  -against-<br><br>HALSTEAD MANAGEMENT COMPANY, LLC, BROWN HARRIS STEVENS LLC GROUP, and BROWN HARRIS STEVENS, LLC, and TERRA HOLDINGS, LLC,<br><br>      Defendants<br><br>  and<br><br>HALSTEAD MANAGEMENT COMPANY, LLC, and BROWN HARRIS STEVENS RESIDENTIAL MANAGEMENT, LLC,<br><br>      Third-Party Plaintiffs,<br><br>  -against-<br><br>STERLING INFOSYSTEMS, INC. d/b/a STERLINGBACKCHECK<br><br>      Third-Party Defendant. | No. 14-cv-03125 (VEC)<br><br>**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** |

      Plaintiff Kevin A. Jones hereby moves this Court for an award of attorneys' fees and costs. The reasons supporting this Motion are set forth in the accompanying Memorandum of Law and Declarations of James A. Francis and Monica Welby submitted herewith. Defendants do not contest the requested relief.

Dated: April 25, 2016

**LEGAL ACTION CENTER**

Monica Welby (MW-7373)
Sally Friedman (SF-3344)
225 Varick Street, Suite 402
New York, NY 10014
Tel: (212) 243-1313
Fax: (212) 675-0286
mwelby@lac.org
sfriedman@lac.org

**FRANCIS & MAILMAN, P.C.**

By: */s/ James A. Francis*
James A. Francis *(pro hac vice)*
David A. Searles *(pro hac vice)*
John Soumilas *(pro hac vice)*
100 S. Broad Street, Suite 1902
Philadelphia, PA 19110
Tel: (215) 735-8600
Fax: (215) 940-8000
jfrancis@consumerlawfirm.com
dsearles@consumerlawfirm.com

*Attorneys for Plaintiff and the Class*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Dated: April 25, 2016                    By:     */s/ James A. Francis*
                                                  James A. Francis *(pro hac vice)*