UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__5/5/2016__

KEVIN A. JONES, on behalf of himself and others
similarly situated,

      Plaintiff,

    -against-

HALSTEAD MANAGEMENT COMPANY, LLC,
BROWN HARRIS STEVENS LLC GROUP, and
BROWN HARRIS STEVENS, LLC, and TERRA
HOLDINGS, LLC,

      Defendants

    and

HALSTEAD MANAGEMENT COMPANY, LLC, and
BROWN HARRIS STEVENS RESIDENTIAL
MANAGEMENT, LLC,

      Third-Party Plaintiffs,

    -against-

STERLING INFOSYSTEMS, INC. d/b/a
STERLINGBACKCHECK

      Third-Party Defendant.

No. 14-cv-03125 (VEC)

**ORDER**

## ORDER

    **AND NOW,** this 5th day of May, 2016, upon consideration of Plaintiff's unopposed

Motion for Attorneys' Fees and Reimbursement of Expenses, it is **HEREBY ORDERED** that

Class Counsel is awarded fees and costs in the total amount of $425,000.00.  Defendants shall pay

such sums in accordance with the terms of the Settlement Agreement.

SO ORDERED:

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

May 5, 2016